IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PONTELL BRYANT,<br><br>            Plaintiff,<br><br>    v.<br><br>SCO JACKSON, et al.,<br><br>            Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 13-2823 (JBS-AMD)<br><br>**ORDER** |

   This matter having come before the Court on Plaintiff's motion for a default judgment [Docket Entry 37]; and Defendants Bagliani's and Rivera's cross-motion to vacate the entry of default and to extend time to answer or otherwise respond [Docket Entry 38]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

   IT IS this   **8th**   day of   **June**  , **2015,** hereby

   ORDERED that Plaintiff's motion for default judgment [Docket Entry 37] is DENIED WITH PREJUDICE; and it is further

   ORDERED that Defendants' cross-motion for to set aside the entry of default and to extend time to answer [Docket Entry 38] is GRANTED; and it is further

   ORDERED that the entry of default against Defendants Bagliani and Rivera is set aside, and said Defendants are hereby

granted leave to file an answer, move, or otherwise reply to Plaintiff's complaint within fourteen (14) days of entry of this Order; and it is finally

ORDERED that the Clerk of the Court shall serve this Opinion and Order upon Petitioner by regular mail.

<u>s/ Jerome B. Simandle</u>
JEROME B. SIMANDLE
Chief U.S. District Judge